CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Greg Ozhekim (SBN 162637)
OZ LAW GROUP, INC.
21650 Oxnard Street, Suite 500
Woodland Hills, California 91367
Telephone: 818-712-9000
Facsimile: 818-530-7817
Attorneys for Defendant
Marc Ittah

David P. Beitchman (SBN 195953)
Email: dbeitchman@bzlegal.com
Paul Tokar (SBN: 305267)
Email: ptokar@bzlegal.com
BEITCHMAN & ZEKIAN, P.C.
16130 Ventura Blvd, Suite 570
Encino, California 91436
Tel: 818-986-9100
Fax: 818-986-9119
Attorneys for Defendant
MDRC LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>         Plaintiff,<br>v.<br><br>MARC ITTAH, in individual and representative capacity as trustee of the Marc Ittah Trust Dated May 7, 1997; MDRC LLC, a California Limited Liability Company; and Does 1-10,<br><br>         Defendants. | Case No.: 2:19-CV-08802-SVW-PJW<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: January 23, 2020        CENTER FOR DISABILITY ACCESS


                               By:    /s/ Amanda Lockhart Seabock
                                      Amanda Lockhart Seabock
                                      Attorneys for Plaintiff


Dated: January 23, 2020        OZ LAW GROUP, INC.


                               By:   /s/ Greg Ozhekim
                                     Greg Ozhekim
                                     Attorneys for Defendant
                                     Marc Ittah

Dated: January 23, 2020        BEITCHMAN & ZEKIAN, P.C.



                               By:    /s/ Paul Tokar
                                      David P. Beitchman
                                      Paul Tokar
                                      Attorneys for Defendant
                                      MDRC LLC

1

## **SIGNATURE CERTIFICATION**

2

3  I hereby certify that the content of this document is acceptable to Greg Ozhekim,

4  counsel for Marc Ittah, and Paul Tokar counsel for MDRC LLC that I have obtained

5  authorization to affix their electronic signature to this document.

6

7  Dated: January 23, 2020          CENTER FOR DISABILITY ACCESS

8

9                                            By:    /s/ Amanda Lockhart Seabock

10                                                  Amanda Lockhart Seabock
                                                    Attorneys for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28